455 A.2d 629

**COMMONWEALTH of Pennsylvania**

v.

**Alvin JOYNER, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 9, 1982.

Decided Jan. 31, 1983.

Norris E. Gelman, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Garold Tennis, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Judgments of sentence affirmed.

O'BRIEN, former C.J., did not participate in the decision of this case.